255 So.2d 358

**LOUISIANA STATE BOARD OF HEALTH, BUREAU OF VITAL STATISTICS**

**v.**

**Gerald Edward BAHAM, and Alex Baham, Individually and on Behalf of his Minor Son, Mark Douglas Baham.**

**No. 51994.**

Dec. 20, 1971.

In re: Gerald Edward Baham and Alex Baham, Individually and on behalf of his minor son, Mark Douglas Baham applying for writs of prohibition, mandamus and certiorari.

Writ refused. No abuse of discretion under Article 532, C.C.P.

255 So.2d 358

**STATE of Louisiana**

**v.**

**Warren J. MOITY.**

**No. 51995.**

Dec. 21, 1971.

In re: Warren J. Moity applying for writ of certiorari, mandamus and prohibition.

Writ denied. There is no error of law under the only errors assigned by relator.